## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

                Plaintiff,

            v.

**BRANT DANIEL,**

                Defendant.

CASE NO.:2:19-cr-00107-KJM

### APPLICATION FOR WRIT OF HABEAS CORPUS (AMENDED)

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum         ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Brant Daniel, CDCR No. J85968 |
| Detained at | California State Prison, Corcoran |

Detainee is:

    a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
          charging detainee with:   RICO Conspiracy, conspiracy to murder, and drug trafficking crimes.

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

    a.)   ☐ return to the custody of detaining facility upon termination of the guilty plea hearing
or   b.)   ☒ be retained in federal custody until final disposition of federal charges and federal prison sentence, if any, has been served.

*As soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Assistant U.S. Attorney Jason Hitt – 916-554-2700 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum         ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated:   June 19, 2019

                        Honorable Allison Claire
                        U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | Two Scoops | ☒Male | ☐Female |
| Offender ID: | CDCR No. J85968 | Race: | Caucasian |
| Facility Address: | 4001 King Avenue, Corcoran, CA 93212 | | |
| Facility Phone: | (559) 992-8800 | | |
| Currently | In custody of the State of California | | |

### RETURN OF SERVICE

Executed on:

                                (signature)