1  JOHN BALAZS, Bar #157287
   Attorney at Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-CR-0107-KJM |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO SEAL DOCUMENTS |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

Upon application of defendant Brant Daniel, through counsel, and good cause being shown,

IT IS HEREBY ORDERED that Exhibit A to defendant Brant Daniel's motion for necessary medical care filed November 25, 2019 (docket 300) be SEALED until ordered unsealed by the Court.

Dated: December 2, 2019

*Allison Claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE