JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANT DANIEL,<br><br>Defendant. | Case No. 2:19-CR-0107-KJM-AC<br><br>[~~PROPOSED~~] ORDER WITHDRAWING DEFENDANT BRANT DANIEL'S MOTION FOR NECESSARY MEDICAL CARE (DOCKET 300)<br><br>Honorable Allison Claire<br>U.S. Magistrate Judge |

For the reasons set forth in defendant Brant Daniel's request to withdraw, IT IS HEREBY ORDERED that Mr. Daniel's motion for necessary medical care at docket 300 is withdrawn without prejudice.

DATED: December 11, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1