IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRANT DANIEL,<br>AND MICHAEL TORRES,<br><br>                    Defendants. | CASE NO.  2:19-CR-00107-KJM<br><br>JOINT STATEMENT REGARDING UNMONITORED ATTORNEY-CLIENT PHONE CALLS AT CALIFORNIA STATE PRISON-SACRAMENTO FOR DEFENDANT BRANT DANIEL; ORDER |

The parties to the stipulation and proposed order submitted to the Court, Docket No. 430, respectfully submit this joint brief in response to the Court's minute order from April 29, 2020. Docket No. 433. The specific question in the minute order is, "Given that the California Department of Corrections and Rehabilitation (CDCR) is a nonparty to this case, the parties' to the stipulation between Brant Daniel, Michael Torres, and the Government, ECF No. 430, are hereby ORDERED to file a short joint statement clarifying whether the Stipulation represents that CDCR has agreed to be bound by the proposed order." Docket No. 433.

The short answer is that the United States is not authorized to represent CDCR's legal position on whether this Court has authority over it as a non-party to this pending criminal matter. That said, the proposed stipulation was the product of extensive discussions with representatives of the United States Marshals Service ("USMS"), who are legally responsible for Daniel and Torres while they are detained pending trial, and individuals at the CDCR, who are housing Daniel and Torres pursuant to an

agreement with the USMS.  The proposed stipulation represents a pragmatic compromise to ensure defendants Daniel and Torres receive monthly access to confidential communications with their legal representatives.  In order to provide a more accurate statement of the compromise, the parties submit a slightly-modified proposed order with this joint statement that perhaps better represents the legal authority of the Court to order the necessary accommodations for defendants Daniel and Torres.  The attached order would supersede the previous proposed order, Docket No. 430, and the parties would ask that it be rendered moot if the Court adopts this proposed order.

Dated: May 1, 2020                                         McGREGOR W. SCOTT
                                                           United States Attorney


                                                           /s/ Jason Hitt
                                                           JASON HITT
                                                           Assistant United States Attorney

Dated: May 1, 2020                                         /s/ Jason Hitt for John Balazs
                                                           JOHN BALAZS
                                                           TIMOTHY WARRINER
                                                           Counsel for Defendant
                                                           BRANT DANIEL
                                                           (Authorized by email on May 1, 2020)

Dated: May 1, 2020                                         /s/ Jason Hitt for Michael Hansen
                                                           MICHAEL HANSEN
                                                           Advisory Counsel for Defendant
                                                           MICHAEL TORRES
                                                           (Authorized by email on May 1, 2020)

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the United States Marshals, through their contract with the California Department of Corrections and Rehabilitation, shall provide Defendants Brant Daniel and Michael Torres with four, 45-minute unmonitored phone calls per month with their attorneys of record, or court-appointed defense team members assisting in preparation of their defense in this case, including paralegals, investigators, experts, and mitigation specialists. The previously-proposed order, Docket No. 430, is denied as moot.

IT IS SO ORDERED.

DATED: May 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE