1  JOHN BALAZS, Bar #157287
   Attorney at Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  BRANT DANIEL

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. 2:19-CR-0107-KJM |
   |                                   |                      |
12 |            Plaintiff,             | ORDER TO SEAL        |
   |                                   | DOCUMENTS            |
13 |    v.                             |                      |
14 | BRANT DANIEL,                     |                      |
15 |            Defendant.             |                      |

18
       Upon application of defendant Brant Daniel, through counsel, and good cause being
19
   shown,
20
       IT IS HEREBY ORDERED that Exhibit A to defendant Brant Daniel's motion for urgent
21
   medical care filed June 9, 2020 be SEALED until ordered unsealed by the Court.
22
   Dated:  June 11, 2020
23
                                              _____
24                                            CAROLYN K. DELANEY
25                                            UNITED STATES MAGISTRATE JUDGE