JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANT DANIEL,<br><br>    Defendant. | No.  2:19-CR-0107-KJM<br><br>[~~PROPOSED~~] ORDER TO SEAL DOCUMENTS |

    Upon application of defendant Brant Daniel, through counsel, and good cause being shown,

    IT IS HEREBY ORDERED that Exhibit C to defendant Brant Daniel's motion for urgent medical care filed June 9, 2020 be SEALED until ordered unsealed by the Court.

    Dated: July 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE