# EXHIBIT B

NEWS

# Whistleblower recounts origins of "Green Wall" at Salinas Valley State Prison

By **MONTEREY HERALD** and **VIRGINIA HENNESSEY** |
PUBLISHED: November 22, 2009 at 12:00 a.m. | UPDATED: September 11, 2018 at 12:00 a.m.

On Thanksgiving Day 1998, prisoners at Salinas Valley State Prison rioted, injuring 18 correctional officers, 14 of whom were hospitalized. It marked the birth of the Green Wall.

**Related: Guards suspected in beating reinstated**

Guards who survived the riot began wearing enameled turkey pins to mark their solidarity. They named themselves after the color of their uniforms and began using the ganglike tag "7/23," for the seventh and 23rd letters of the alphabet, G and W. They attacked inmates and planted evidence on them. And they avoided discipline and prosecution by enforcing their "code of silence."

Eleven years after the Thanksgiving Day Riot, D.J. Vodicka, the former guard who blew the whistle on the gang of rogue officers, has published a book about the experience that left him in hiding.

Special offer: Just 99¢ for the first 4 weeks    SUBSCRIBE ›



"The Green Wall: A Prison Guard"s Struggle to Expose the Code of Silence in the Largest Prison System in the United States" is a self-published tome that tracks Vodicka"s life, from his 1988 dream-fulfilling graduation from the correctional officer"s academy in Gault through some of California"s most dangerous prisons. His career ended in 2002 when he was forced to leave the system in fear for his life after exposing the Green Wall.

The book begins with Vodicka walking in to testify before a state Senate committee investigating California"s prisons in 2004. It then flashes back with pride to his work on the force that opened Corcoran State Prison, the state"s first Segregated Housing Unit designed to house the "worst of the worst" inmates. Vodicka would go on to initiate three more of the state"s highest-security prisons, including Pelican Bay and Salinas Valley state prisons.

A veteran by the time he reached Salinas Valley, Vodicka became the lead officer in the Investigative Services Unit, the team responsible for investigating crimes committed in the prison. As such, it was his responsibility to photograph the scene once the Thanksgiving Day Riot was quelled.

In his book, Vodicka says he snapped photos of makeshift weapons found beneath prone inmates as well as injuries to their faces, documentation that did not sit well with his fellow guards. He was marked as someone not to be trusted and was thus unaware as the Green Wall grew in membership.

In March 2001, Vodicka was videotaping three "cell extractions" — guards removing uncooperative inmates from their housing. Each officer had to identify himself and his role in the extraction. Vodicka writes that the videotape captured one of the guards flashing a W with three fingers. Kept underground since 1998, the Green Wall had surfaced.

The book goes on to detail the investigation of the group — or lack thereof under warden Anthony Lamarque — and actions by prison management that exposed Vodicka as a whistleblower.

According to a forward in the book by retired warden Edward Caden, who succeeded Lamarque at the prison, the Office of Internal Affairs investigated the Green Wall and concluded it didn"t exist. And when the Independent Office of the Inspector General concluded the gang was real and some of its members were criminals, the prison warden ignored the report.

Meanwhile, Vodicka was targeted as a snitch. The book details threats on his life, including one in front of his 8-year-old son, and occasions when fellow officers set him up for inmate attacks. He quit the job, filed a lawsuit and began to wear a



Special offer: Just 99¢ for the first 4 weeks    SUBSCRIBE >

Eventually Vodicka, his attorney Lanny Tron, and Caden ended up testifying before the Senate committee, which concluded the system was incapable of policing itself. Caden wrote a "corrective action plan" which adopted a "zero tolerance policy" against the code of silence.

The book concludes with transcripts of depositions by some of the prison"s highest-ranking authorities who were forced to testify to their complicity in covering up or ignoring the Green Wall as part of Vodicka"s lawsuit. The last of those depositions is by Lamarque, who went on sick leave after the Senate hearing and remained on leave until his retirement.

In deposition, he described the Green Wall as similar to a "college frat group," and then fled when confronted during a break by a Herald reporter and photographer.

Judge Michael Fields ordered Deputy Attorney General Mary Cain-Simon to return Lamarque to complete his deposition, but she said the ex-warden had gone to France. Lamarque remained overseas until Vodicka settled the suit for $500,000 and a disability retirement. Vodicka said the state workers" compensation insurance fund has refused to pay the disability settlement in a lump sum. To date, taxpayers have paid close to $350,000 in psychological and medical bills.

In his book, Vodicka also details the history and influences of the state"s prison gangs and provides interesting insight into how the "war on crime" built a prison system so overcrowded that corrections officials have abandoned any pretense of rehabilitation. Guards, he says, are so overwhelmed they are forced to separate races and factions and let the gangs rule themselves.

"The Green Wall" comes at a time when the state is appealing a federal court order to reduce its prison population due to unconstitutional overcrowding. U.S. District Judge Thelton E. Henderson, who placed California"s prisons into federal receivership, wrote a letter to Vodicka at the conclusion of his civil case. It is included in the book.

"The court"s remedial plans would not have been possible if it were not for correctional employees, like yourself, who have the courage to stand up against the Code of Silence," Henderson wrote. "I want to emphasize to you personally that I have the utmost respect for the position that you took, and sympathy concerning the many adverse consequences that resulted."

Vodicka, who has left the state, said publication of the book provided him closure. His only regret is that his parents did not live to see it in print. His father died in 2005; his mother six months later, in 2006. The book is dedicated to them.

Special offer: Just 99¢ for the first 4 weeks    SUBSCRIBE ›

