# EXHIBIT E

State of California

# California Department of Corrections and Rehabilitation
Adult Institutions, Programs, and Parole

# Operations Manual



*"Public Safety, Public Service"*©

# Updated Through
# January 1, 2020

[refer to DOM 61020]. A copy of the confidential information disclosure form will be given to the inmate at least 24 hours prior to the initial AD-SEG classification review or the disciplinary hearing. The document shall reveal as much information as possible without identifying the source. The document shall evaluate the reliability of the source and a statement of the reasons why the identity of the source is not disclosed.

**62050.10.5 AD-SEG Procedure**

**Reason for Placement**

All determinations affecting an inmate's placement, degree of custody, or program while in AD-SEG shall be through the classification process.

Authority to order an inmate's placement shall not be delegated below the level of lieutenant except when lower level staff is the highest-ranking official on duty.

Within 48 hours of AD-SEG placement, a staff member not less than a lieutenant or CC-II shall provide the inmate with a CDC Form 114 D, Order and Hearing for Placement in Segregated Housing; or CDC Form 115 which documents a clear and specific reason for their removal from the general population.

Within two work days following an inmate's placement in Ad.-Seg, staff designated at not less than the level of captain shall review the order portion of the CDC Form 114-D to make a determination regarding retention in AD-SEG.

**62050.10.6 Institutional Classification Committee (ICC) Review**

An inmate's placement in temporary AD-SEG shall be reviewed by the ICC within ten days of receipt in the unit. ICC shall determine whether to retain in temporary segregation or release to the general population. ICC shall review the inmate at least every 30 days thereafter until the inmate is released from temporary segregation.

**62050.10.7 CSR Review**

ICC shall refer for CSR review and approval, any case retained in temporary AD-SEG for more than 30 days. ICC shall make a recommendation concerning continuance in temporary segregation pending completion of an investigation, resolution of court proceedings or transfer to another facility. ICC shall designate an anticipated length of time needed to complete the investigation or court process.

**62050.11 PHU**

PHUs provide secure housing for inmates whose safety would be endangered by general population placement.

**62050.11.1 PHU/Custody Designation**

PHUs shall be designated housing for inmates which custody requirements have been established at no lower than Maximum B custody.

**62050.11.2 PHU/Criteria**

An inmate whose safety would be endangered by general population placement may be placed in the PHU providing the following criteria are met.

- The inmate does not require specialized housing for reasons other than protection.
- The inmate does not have a serious psychiatric or medical condition requiring prompt access to hospital care.
- The inmate is not documented as a member or an affiliate of a prison gang.
- The inmate does not pose a threat to the safety or security of other inmates in the PHU.
- The inmate has specific, verified enemies as identified on CDC Form 812 (Notice of Critical Case Information – Safety of Persons) likely to and capable of causing the inmate great bodily harm if placed in general population.
- The inmate has notoriety likely to result in great bodily harm if placed in the general population.
- There is no alternative placement which will ensure the inmate's safety and provide the degree of control required for the inmate.
- It has been verified that the inmate is in present danger of great bodily harm.

The inmate's uncorroborated personal report, the nature of the commitment offense, or record of prior protective custody housing shall not be the sole basis for PHU placement.

**62050.11.3 CSR Review**

Each classification committee recommendation for PHU placement shall be presented to the next available CSR. Alternative placement shall be approved or the case deferred for presentation to the designated PHU CSR.

**62050.11.4 Emergency PHU Placement by CSR**

Approval by the designated PHU CSR is required for all PHU placements. Emergency transfer approval may be granted by the Classification Services duty officer by FAX to avoid unusual delays. A copy of the emergency FAX approval shall be routed to the designated PHU CSR by the Classification Services duty officer.

Inmates in PHU who are recommended by a committee for alternative placement shall be processed in the same manner as a routine transfer and do not require endorsement by the designated PHU CSR.

**62050.12 Psychiatric Services Unit (PSU)**

*Revised February 16, 2007*

A PSU provides secure housing and care for inmates with diagnosed psychiatric disorders not requiring in-patient hospital care, whose conduct threatens the safety of themselves or others.

**62050.12.1 PSU Criteria**

*Revised February 16, 2007*

Criteria for placement in PSU is as follows:

- The inmate shall be diagnosed as suffering from a major psychiatric disorder but not disabled to the extent requiring hospitalization.
- The inmate's conduct poses a serious threat to the safety of themselves or others if housed in the general population.
- The inmate is capable of participating in unit or group activity without undue risk to the safety of themselves or others.

**62050.12.2 CSR Approval**

*Revised February 16, 2007*

Inmates who require PSU housing and meet the established criteria, shall be referred by a classification committee to a CSR for PSU placement. The referral shall include a CDC Form 128-C, Medical Chrono; indicating the psychiatric disorder diagnosis and recommended placement.

Approval by the designated CSR is required for PSU placement.

**62050.12.3 Alternative Placement**

*Revised February 16, 2007*

Inmates in the PSU who are recommended by a committee for alternate placement shall be processed in the same manner as a routine transfer request, except that a current CDC Form 128-C is required for the CSR's review.

**62050.13 SHU**

SHUs provide secure housing for inmates whose conduct endangers the safety of others or the security of the institution.

Inmates assigned to SHU shall be designated Maximum A or Maximum B custody.

**62050.13.1 Release From SHU**

An inmate shall be released from SHU upon expiration of their Minimum Eligible Release Date (MERD), if any, or after twelve (12) months of consecutive confinement, whichever is shorter, unless before the MERD or period expires they are afforded all the hearing rights that attend initial placement in segregation.

**62050.13.2 SHU Criteria**

An inmate shall be placed in SHU if:

- The inmate has requested segregation for their own protection and the need can be substantiated by appropriate staff.
- The inmate is newly arrived at the institution and more information is needed to determine whether the inmate may be incompatible with any element of the general population. No inmate shall be involuntarily segregated for this reason for more than ten (10) days.
- The inmate has been found guilty of a disciplinary offense sufficiently serious to warrant confinement for a fixed term in segregation, and the term is fixed in conformance with the SHU Term Assessment Chart.
- The inmate's continued presence in general population would severely endanger lives of inmates or staff, the security of the institution or the integrity of an investigation into suspected criminal activity.

**62050.13.3 SHU Placement/Undisclosed Confidential Information**

An inmate shall not be placed or retained in a SHU on the basis of undisclosed information.

**62050.13.4 Withholding Confidential Information at Placement Hearing**

The identity of any person providing information cited in support of placement or retention of an inmate in a SHU may be withheld at the hearing only if disclosure would endanger the safety of the source or institutional security.