PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE STIPULATED BRIEFING SCHEDULE; ORDER |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

**STIPULATION**

1. Brant Daniel has filed a motion for discovery and a motion for transfer to a new pretrial detention facility. Docket Nos. 702, 703. At a hearing on March 29, 2021, this Court directed further briefing on these motions and ordered the parties to submit a stipulated briefing schedule to the Court no later than April 2, 2021.

2. The parties have met and conferred regarding a briefing schedule and other matters related to Daniel's motions. The parties need additional time to investigate and discuss matters related to the motions and discuss a briefing schedule. As such, the parties hereby stipulate that they shall submit a stipulated briefing schedule to the Court no later than Wednesday, April 7, 2021.

IT IS SO STIPULATED.

Dated: April 1, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: April 1, 2021

/s/ JOHN BALAZS
JOHN BALAZS
TIMOTHY WARRINER
Counsel for Defendant
BRANT DANIEL
(Authorized by email on April 1, 2021)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of April, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE