JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar #166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0107-KJM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| RONALD YANDELL, et. al., | |
| Defendants. | |

At the March 29, 2021 hearing on defendant Brant Daniel's motion for discovery (ECF No. 702) and motion to transfer (ECF No. 703), the Court set an evidentiary hearing on defendant's motion for transfer for May 17, 2021.  The court also directed the parties to meet and confer and submit a proposed schedule to address relevant issues, including defense access to the "PSU" and a further briefing schedule regarding the scope of the evidentiary hearing and a date for identifying witnesses.  With respect to Daniel's motion for discovery, the Court scheduled a further hearing on April 26, 2021 and directed the parties to submit a proposed schedule

concerning the submission of a defense declaration under seal and briefs on materiality.

Pursuant to the Court's order, defendant Brant Daniel, through his counsel, and the United States, through its counsel, propose the following schedule:

<u>Defendant's Motion for Discovery</u>

| | |
|---|---|
| Defendant's declaration under seal and materiality briefing due: | April 19, 2021 |
| Government's response: | April 26, 2021 |
| Defendant's reply: | April 29, 2021 |
| New motion hearing date: | May 3, 2021, 9 a.m. |

<u>Defendant's Motion to Transfer to Pretrial Detention Center</u>

| | |
|---|---|
| Defendant and Government simultaneous briefs regarding "PSU" site visit and scope of evidentiary hearing due: | May 3, 2021 |
| Defendant and Government simultaneous response briefs due: | May 10, 2021 |
| Motion Hearing and Scheduling of Evidentiary Hearing: | May 17, 2021, 9 a.m. |
| Witness Lists due 10 days before the evidentiary hearing | |

This proposed schedule continues the hearing on defendant's motion for discovery from April 26 to May 3, 2021.

///

///

///

The schedule also requests that the Court convert the May 17, 2021 evidentiary hearing to a non-evidentiary hearing at which the Court would hear further argument on the parties' briefs related to the evidentiary hearing and schedule an evidentiary hearing.

                                             Respectfully submitted,

Dated: April 7, 2021

                                  /s/ John Balazs
                                  JOHN BALAZS
                                  TIMOTHY WARRINER
                                  Attorneys for Defendant
                                  BRANT DANIEL

                                  McGREGOR W. SCOTT
                                  U.S. Attorney

Dated: April 7, 2021

                        By:    /s/ Ross Pearson
                                  JASON HITT
                                  ROSS PEARSON
                                  Assistant U.S. Attorneys

                                **ORDER**

IT IS SO ORDERED.

Dated:  April 8, 2021

                                  CHIEF UNITED STATES DISTRICT JUDGE