JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0107-KJM |
| Plaintiff, | ORDER TO SEAL DOCUMENTS |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

   Pursuant to Local Rule 141 and upon application of defendant Brant Daniel, through counsel, and good cause being shown,

   IT IS HEREBY ORDERED that the declaration of counsel submitted April 19, 2021 in connection with defendant Brant Daniel's Supplemental Brief in support of his Motion for Discovery at docket 754 be SEALED until ordered unsealed by the Court.

DATED: April 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE