JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant,
BRANT DANIEL

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANT DANIEL,<br><br>Defendant. | Case No. 2:19-CR-0107-KJM<br><br>STIPULATION AND ORDER RE MOTION FOR TRANSFER |

All counsel have recently been informed that Mr. Daniel has been moved from his cell in the PSU to the STRH unit. In light of this development, defense counsel requests, and the parties stipulate, that the hearing and briefing schedule concerning motion to transfer (DOC 703) be vacated, and that the hearing set for May 17, 2021 be taken off calendar. The parties do not intend this action to affect

the discovery motion. The defense anticipates filing an amended motion to transfer after consultation with the client and further investigation.

DATED: April 29, 2021          /s/ Timothy E. Warriner, Attorney for defendant, Brant Daniel

DATED: April 29, 2021          /s/ John Balazs, Attorney for defendant, Brant Daniel

DATED: April 29, 2021          /s/ Ross Pearson, Assistant U.S. Attorney, for the government

IT IS SO ORDERED.

DATED: May 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE