1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JASON HITT
   ROSS PEARSON
3  DAVID SPENCER
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANT DANIEL,<br><br>Defendant. | CASE NO. 2:19-CR-00107-KJM<br><br>STIPULATION AND ORDER FOR BRIEFING SCHEDULE<br><br>DATE: June 21, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

On March 17, 2021, Defendant Brant Daniel filed an Amended Motion for Transfer. ECF No. 781. Daniel set the motion for hearing on June 21, 2021. The parties stipulate to the following briefing schedule for this motion:

Government's response:　　　　　　　　　　　　　　　　　　　　June 7, 2021

Defendant's reply:　　　　　　　　　　　　　　　　　　　　　　June 14, 2021

Motion hearing date:　　　　　　　　　　　　　　　　　　　June 21, 2021, 9 a.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: May 24, 2021 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | By: | /s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: May 24, 2021 | By: | /s/ JOHN BALAZS<br>JOHN BALAZS<br>TIMOTHY WARRINER<br>Counsel for Defendant<br>BRANT DANIEL<br>(Authorized by email on May 24, 2021) |

**ORDER**

IT IS SO ORDERED.

Dated: May 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE