PHILLIP A. TALBERT
Acting United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANT DANIEL, <br><br> Defendant. | CASE NO. 2:19-CR-00107-KJM <br><br> STIPULATION AND ORDER FOR EXTENSION OF DEADLINE TO FILE SUPPLEMENT <br><br> DATE: June 21, 2021 <br> TIME: 9:00 a.m. <br> COURT: Hon. Kimberly J. Mueller |

On March 17, 2021, Defendant Brant Daniel filed an Amended Motion for Transfer. ECF No. 781. At a hearing on June 21, 2021, the Court directed the United States to "file within 7 (seven) days a declaration from the proper declarant to determine the status of any audio or video in attorney/client sessions" and to lodge the videos with the court, if they exist. ECF No. 812 (Minute Order). The Court also directed Daniel to "file a declaration about 3 (three) other mailings no later than 6/28/2021." ECF No. 812 (Minute Order). The parties stipulate to extend the deadline for these supplemental filings to July 12, 2021.

STIPULATION AND TO EXTEND DEADLINE                                                         1

IT IS SO STIPULATED.

Dated:  June 23, 2021　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ ROSS PEARSON
　　　　　　　　　　　　　　　　　　　　　ROSS PEARSON
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  June 23, 2021　　　　　　　　　　By:　/s/ TIMOTHY WARRINER
　　　　　　　　　　　　　　　　　　　　　JOHN BALAZS
　　　　　　　　　　　　　　　　　　　　　TIMOTHY WARRINER
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　BRANT DANIEL
　　　　　　　　　　　　　　　　　　　　　(Authorized by email on June
　　　　　　　　　　　　　　　　　　　　　23, 2021)

**ORDER**

IT IS SO ORDERED.

Dated:  June 25, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE