1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13    **UNITED STATES OF AMERICA,**              2:19-cr-00107-KJM

14                                   Plaintiff,   **JOINT PROTECTIVE ORDER**

15               **v.**

16    **BRANT DANIEL,**

17                                   Defendant.

18

19        The Court orders the following restrictions on the use and dissemination of any privileged

20   and/or confidential records produced to defendant Brant Daniel by the California Department of

21   Corrections and Rehabilitation (CDCR) after the Court's in camera review of the records at issue

22   in defendant Daniel's Motion to Compel.  (ECF No. 960.)  The confidential and/or privileged

23   records produced by CDCR shall be subject to the following restrictions:

24        1.      This protective order applies to any person who obtains possession of the

25   confidential records.

26        2.      The confidential records produced shall not be made available to persons other

27   than:

28            a.   Counsel for defendant Brant Daniel;

1

b.    The attorney(s) of record for the United States;

c.    Paralegal, clerical, and secretarial staff employed by defendant's counsel or counsel for the United States who are assisting in the defense or prosecution of this case;

d.    A person retained by defendant and/or his counsel or attorney(s) of record for the United States to assist in this case, such as an investigator, mitigation specialist, expert witness, or other consultant, who has agreed in writing that he or she has read this order, understands and agrees to be bound by its provisions, and consents to be subject to this Court's jurisdiction to enforce this order's terms;

e.    Any judge before whom any hearing, trial, or other proceeding in this case is pending;

f.    Court personnel when necessary to conduct these proceedings.

3.    None of the confidential records produced shall be given to, or left with, defendant Brant Daniel, or any other defendant in this case or their attorney(s), any inmate or former inmate, any parolee or former parolee, or any other person not specified in paragraph 2, unless a written waiver expressly authorizing such disclosure has been obtained from CDCR's counsel or authorized by court order after an opportunity for CDCR to be heard regarding the request for disclosure.

4.    Any information redacted by CDCR from the confidential records produced shall not be shown or disclosed to defendant Brant Daniel, or any other defendant in this case, any inmate or former inmate, any parolee or former parolee, or other person not specified in paragraph 2, unless a written waiver expressly authorizing such disclosure has been obtained from CDCR's counsel or authorized by court order after an opportunity for CDCR to be heard regarding the request for disclosure.

5.    No one with access to the confidential records pursuant to this protective order, as identified in paragraph 2, shall make copies of any documents subject to this protective order except as necessary for this case.

6.    Any exhibits or documents filed with the Court that reveal confidential material, or the contents of any confidential records, shall be filed under seal, and labeled with a cover sheet

2

bearing the case name and number and the statement: "This document is subject to a protective order issued by the Court and may not be copied or examined except in accordance with that order."  Documents so labeled shall be kept by the Clerk of this Court under seal and shall be made available only to the Court or counsel for defendant or the United States.  If any party fails to file confidential material in accordance with this paragraph, any party may request that the Court place the filing under seal.

7.    Any argument or discussion as to any confidential material shall be done *in camera* and any record of such argument, discussion, or examination shall be kept under seal.  Counsel shall only discuss in open court summaries, not details, of the confidential information.

8.    The confidential records shall be stored in a secure location.

9.    Counsel for defendant and counsel for the United States shall maintain a record of all persons to whom they have afforded access to the confidential records.  CDCR may inspect this record upon request.

10.    At the conclusion of this criminal proceeding, including any appeals or collateral review, all originals and copies of confidential records produced by CDCR in this case shall be destroyed or returned to CDCR.  If the records are destroyed, written notification of their destruction is to be given to CDCR.

11.    The confidential records shall be used solely in connection with this criminal case, including any appeals or collateral review, and not for any other purpose.

12.    Any violation of this order may result in sanctions by this Court, including contempt, and may be punishable by state or federal law.

13.    This order shall remain in full force and effect until further order of this Court

14.    CDCR will have an opportunity to be heard should the Court find that modification

of this order may be necessary.


Dated:  January 12, 2022                          /s/: Heather M. Heckler
                                                  Heather M. Heckler
                                                  Attorney for Third Party CDCR


Dated:  January 12, 2022                          /s/: Timothy E. Warriner
                                                  Timothy E. Warriner

                                                  /s/:  John Balazs
                                                  John Balazs
                                                  Attorneys for Defendant Brant Daniel

**IT IS SO ORDERED.**

DATED:  January 14, 2022.


_____
CHIEF UNITED STATES DISTRICT JUDGE

Joint [Proposed] Protective Order  (2:19-cr-00107-KJM)