JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar #166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD YANDELL, et. al., <br><br> Defendants. | No. 2:19-CR-0107-KJM <br><br> STIPULATION AND PROPOSED ORDER |

Defendant Brant Daniel, through counsel, and the United States, through counsel, stipulate as follows:

1.  At the January 5, 2022 status conference and motion hearing, the Court extended the date on which the evidentiary hearing related to the motion for order to show cause at docket 920 must be held to March 1, 2022.  Docket 988.

2.  On January 11, 2022, the Court granted defendant Brant Daniel an evidentiary hearing "in support of his allegation that he cannot communicate confidentially with his attorneys

by phone." Docket 993.  In an order filed January 14, 2022, the magistrate court scheduled an evidentiary hearing with respect to other defendants on February 16, 2022 and for Mr. Daniel on February 24, 2022.  Docket 995.

3. The parties stipulate and request that the Court extend the date by which Mr. Daniel's evidentiary hearing must be held from March 2, 2022 to March 31, 2022.

4. This request is made because the parties are also separately requesting via a stipulation and order to the magistrate judge that the February 24, 2022 evidentiary hearing date be vacated and rescheduled for a date in March 2022.  The government has stated it is contemplating seeking the death penalty against Mr. Daniel and has given the defense until February 25, 2022 to provide a written submission bearing on its decision to the United States Attorney.  Legal visits at CSP-Sacramento have been suspended due to COVID-19.  Mr. Daniel's counsel requests that the evidentiary hearing be moved to March 2022 so as not to interfere with the preparation of the written submission as to why the government should not seek the death penalty against Mr. Daniel.

Respectfully submitted,

Dated:  February 2, 2022

/s/ John Balazs
JOHN BALAZS
TIMOTHY WARRINER

Attorneys for Defendant
BRANT DANIEL

PHILLIP A. TALBERT
U.S. Attorney

Dated: February 2, 2022

By:  /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

2

**ORDER**

IT IS SO ORDERED.

Dated: February 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

3