JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar #166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et. al.,<br><br>Defendants. | No. 2:19-CR-0107-KJM<br><br>STIPULATION AND PROPOSED ORDER |

Defendant Brant Daniel, through counsel, and the United States, through counsel, stipulate as follows:

1. At the January 5, 2022 status conference and motion hearing, the district court extended the date on which the evidentiary hearing related to the motion for order to show cause at docket 920 must be held to March 1, 2022. Docket 988.

2. On January 11, 2022, the Court granted defendant Brant Daniel an evidentiary hearing "in support of his allegation that he cannot communicate confidentially with his attorneys

by phone." Docket 993.  In an order filed January 14, 2022, the magistrate court scheduled an evidentiary hearing with respect to other defendants on February 16, 2022 and for Mr. Daniel on February 24, 2022.  Docket 995.

3. The parties stipulate and request that the Court vacate the February 24, 2022 evidentiary hearing date and that the Court reset the evidentiary hearing for a date in March 2022, after the parties meet and confer and propose available dates.  The parties have also requested via separate stipulation that the district court extend the date by which the evidentiary hearing for Mr. Daniel must be held to March 31, 2022.  The parties also stipulate and request that this Court vacate the February 2, 2022 deadline by which the parties must submit exhibit and witness lists and proposed findings of fact.

4. This request is made because the government has stated it is contemplating seeking the death penalty against Mr. Daniel and has given the defense until February 25, 2022 to provide a written submission bearing on its decision to the United States Attorney.  Legal visits at CSP-Sacramento have been suspended due to COVID-19.  Mr. Daniel's counsel requests that the evidentiary hearing be moved from February 24, 2022 to a date in March 2022 so as not to interfere with preparation of the written submission as to why the government should not seek the death penalty against Mr. Daniel.

Dated:  February 2, 2022

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS
TIMOTHY WARRINER
Attorneys for Defendant
BRANT DANIEL

Dated: February 2, 2022

PHILLIP A. TALBERT
U.S. Attorney

By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

2

**ORDER**

IT IS SO ORDERED.

Dated:   February 10, 2022              _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE