1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   United States of America,                      No. 2:19-cr-00107-KJM

12                      Plaintiff,                   ORDER

13          v.

14   Ronald Yandell, et al.,

15                      Defendants.

16

17          Defendant Brant Daniel's motion for in-person attorney visits is **denied as moot** in light

18   of the decision by California State Prison Sacramento to resume in-person legal visits.  *See* Daniel

19   Status Rep. at 2, ECF No. 1121; Largent Email, ECF No. 1122-1.  The denial is without prejudice

20   to renewal by filing a summary notice of renewal and request for expedited review.

21          IT IS SO ORDERED.

22    DATED:  March 15, 2022.

23

                                            CHIEF UNITED STATES DISTRICT JUDGE

1