JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar #166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et. al.,<br><br>Defendants. | No. 2:19-CR-0107-KJM<br><br>STIPULATION AND ORDER |

Defendant Brant Daniel, through counsel, and the United States, through counsel, stipulate as follows:

1. On January 11, 2022, the Court granted defendant Brant Daniel an evidentiary hearing "in support of his allegation that he cannot communicate confidentially with his attorneys by phone." Docket 993. The assigned magistrate judge has scheduled the evidentiary hearing for March 29, 2022. Docket 1111.

////

2. The parties stipulate and request that the Court extend the date by which Mr. Daniel's evidentiary hearing must be held from March 31, 2022 to May 20, 2022. *See* Docket 1046. This request is made because the parties are also separately requesting via a stipulation and order to the magistrate judge that the March 29, 2022 evidentiary hearing date be vacated and rescheduled for a date on or before May 20, 2022. Mr. Daniel has requested a site inspection prior to the evidentiary hearing. Docket 1129. The magistrate judge has informed counsel that he believes it would be beneficial to conduct a site inspection prior to the evidentiary hearing. This extension will provide time for a site visit prior to the evidentiary hearing.

Respectfully submitted,

Dated: March 25, 2022

/s/ John Balazs
JOHN BALAZS
TIMOTHY WARRINER

Attorneys for Defendant
BRANT DANIEL

PHILLIP A. TALBERT
U.S. Attorney

Dated: March 25, 2022

By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE