JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar #166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:19-CR-0107-KJM |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| RONALD YANDELL, et. al., | |
| Defendants. | |

Defendant Brant Daniel, through counsel, and the United States, through counsel, stipulate as follows:

1.  On January 11, 2022, the district court granted defendant Brant Daniel an evidentiary hearing "in support of his allegation that he cannot communicate confidentially with his attorneys by phone." Docket 993.  The evidentiary hearing is scheduled for March 29, 2022. Docket 1111.

2.  The parties stipulate and request that the Court vacate the March 29, 2022

evidentiary hearing date and that the Court reset the evidentiary hearing for a date on or before May 20, 2022. The parties have also requested via separate stipulation that the district court extend the date by which the evidentiary hearing for Mr. Daniel must be held to May 20, 2022. Mr. Daniel has requested a site inspection prior to the evidentiary hearing. Docket 1129. This extension would provide time for a site visit prior to the evidentiary hearing.

Dated:  March 25, 2022

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS
TIMOTHY WARRINER

Attorneys for Defendant
BRANT DANIEL

Dated: March 25, 2022

PHILLIP A. TALBERT
U.S. Attorney

By:   /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  March 28, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3