UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER GRANTING IN PART DEFENDANT BRADY'S REQUEST FOR A SITE INSPECTION |
| v. | |
| RONALD YANDELL, et al., | ECF No. 1129 |
| Defendants. | |

This case was referred to the undersigned to conduct an evidentiary and to consider whether defendant Brant Daniel, who is housed at California State Prison-Sacramento ("CSP-Sacramento"), is able to communicate confidentially with his attorneys by phone. ECF No. 993 at 3. Daniel has filed a request for the court to inspect the relevant housing unit prior to conducting the evidentiary hearing. ECF No. 1129. That request, which the government does not oppose, is granted.

Accordingly, it is hereby ORDERED that:

1. Defendant Daniel's request for a site inspection, ECF No. 1129, is granted.

2. An inspection of the relevant housing unit at SCP-Sacramento is set for May 3, 2022.

3. All logistical and safety issues, including the scheduling of the inspection's start time, will be coordinated through Courtroom Deputy Nic Cannarozzi.

IT IS SO ORDERED.

Dated:   May 2, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2