JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorney for Defendant,
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0107-KJM |
| Plaintiff, | DEFENDANT BRANT DANIEL'S MOTION FOR ORDER PROVIDING HIM WITH URGENT MEDICAL CARE; MEMORANDUM OF POINTS AND AUTHORITIES |
| vs. | |
| BRANT DANIEL, | **DEATH PENALTY CASE** |
| Defendant. | Date: June 15, 2022 Time: 2:00 p.m. Judge: Kendall J. Newman, United States Magistrate Judge |

TO THE UNITED STATES ATTORNEYS OFFICE AND ASSISTANT UNITED STATES

ATTORNEY JASON HITT:

        NOTICE IS HEREBY GIVEN that on June 15, 2022, before the Honorable Kendall J.

Newman, United States Magistrate Judge, the defendant, Brant Daniel, through his counsel of

record will move for an order requiring that he be provided with urgent medical care to remove a

lipoma growing on top of his head that is interfering with his vision. It is further ordered that the

court, prior to the hearing, issue an order allowing counsel to photograph the lipoma during a legal visit at CSP Sacramento.

Said motion will be based upon the instant motion, the attached Memorandum of Points and Authorities, Exhibit A, and upon any evidence and argument presented at the time of hearing said motion.

DATED: May 17, 2022                    /s/ Timothy E. Warriner
                                       /s/ John Balazs
                                       Attorneys for Defendant, Brant Daniel

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Brant Daniel is in federal pretrial custody at California State Prison Sacramento pending potentially capital charges in *United States v. Yandell*, No. 2:19-cr-0107-KJM.

In October of 2021, Mr. Daniel requested medical services due to a lipoma in his scalp. (Exhibit A.) He has had the lipoma for over a year and it was progressively getting larger. Dr. Ma, on November 3, 2021, noted that the lipoma was "causing traction sensation/pain in the forehead and right eye. Seen by general surgeon and recm'd surgical removal. Pt now is more symptomatic because of the lipoma. This is 2nd request." (Exhibit A, p. 1.) Mr. Daniel is informed and believes that Dr. Ma at CSP Sac recommended the surgery to remove the lipoma due to its location (top of head) and that it was beginning to interfere with vision.

The CSP Sacramento request for medical services notes that "THIS PT NEEDS APPROVAL FROM DOJ FOR NON EMERGENT REFERRALS. HAS THAT HAPPENED?" (Exhibit A, p. 1.)  Thereafter, a progress note from CSP Sacramento dated November 24, 2021 reflects that the USMS denied the request. The note states that "removal of lipomas for cosmetic reasons is not authorized by USMS. Please resubmit this request with supportive documentation if the condition is considered of sufficient concern to warrant reconsideration during the prisoner's limited remaining time in USMS custody." (Exhibit A, p. 2.)

Mr. Daniel reports that the lipoma continues to grow and cause pain in the forehead and eye. Counsel's request to take a photo image of the lipoma during an attorney-client visit was denied by CDCR with the comment that an order was needed. The lipoma has caused the pulling of the skin around his right eye and is a constant irritant. It interferes with activities of daily living such as reading. He wakes up in the middle of the night to rub his eye. The

characterization of the lipoma as "cosmetic" fails to account for the facts. Removal of the lipoma is not requested to improve Mr. Daniel's appearance, but to relieve the pressure on his head and eye, and to stop the constant irritation that interferes with activities of daily living. The requested procedure meets the requirement of an urgent medical need. Mr. Daniel has continued to press for the lipoma to be removed because the symptoms have worsened. Counsel has emailed Joe McKeough, who has taken over Laura Davis's position, about the lipoma, however, it is not believed that any formal review of the request has been conducted.

Under the Eight Amendment, prison officials are required to provide prisoners with "reasonably adequate medical care." *See e.g., Wilson v. Seiter*, 893 F.2d 861, 863 (6th Cir. 1990). In *Estelle v. Gamble*, the Supreme Court held that "deliberate indifference to serious medical needs of prisoners constitutes the 'unnecessary and wanton infliction of pain,' proscribed by the Eighth Amendment." 420 U.S. 97, 104-05 (1976) Moreover, courts have the power—and indeed the obligation—to ensure that defendants' conditions of confinement do not interfere with their Sixth Amendment right to communicate with counsel or exercise other trial rights. *See United States v. Luong*, E.D. Cal. No. 99-cr-0433, 2009 WL 2585211, at 1 (E.D. Cal. Sept. 2, 2009) (J., Shubb); *United States v. Folse*, No. CR-2485 JB, 2016 WL 3996386, at 15-20, 19 (D. N.M.  June 15, 2016). Mr. Daniel's pain, stress, and eye irritation, is an interference with his ability to consult with counsel in this capital case. This court has inherent ancillary jurisdiction over the conditions of a federal defendant's confinement to ensure constitutional protections are satisfied. *See United States v. Mikhel*, 552 F.3d 961, 963 (9th Cir. 2009).

### Conclusion

For these reasons, Mr. Daniel requests that the court order that he be provided surgery to remove the lipoma as soon as possible. In order to provide the court with sufficient

understanding of the growth of the lipoma, it is requested that the court forthwith issue the

attached proposed order allowing counsel to photograph the lipoma during an attorney client

visit.

DATED: May 17, 2022                    /s/ Timothy E. Warriner
                                       /s/ John Balazs
                                       Attorneys for Defendant, Brant Daniel