

SAC - California State Prison, Sacramento
Prison Road
P.O. Box 290002
Represa, CA 95671-

**Patient:** DANIEL, BRANT QUENTIN
**DOB/Age/Birth Gender:** 47 years   Male
**Gender Identity:** Male
**Encounter Date:** 10/13/2021
**Attending:** Mohyuddin,Aliasghar P&S
**CDCR #:**
**PID #:**
**Referring:**

### Request for Service

Request for Services (RFS) Entered On: 11/2/2021 15:23 PDT
Performed On: 11/2/2021 15:21 PDT by Truclinh Huynh, RN

**Patient Encounter Information**
ENCTR Information : Encounter Info: Patient Name: BRANT DANIEL,DOB:   ,FIN:
...lity: SAC,Encounter Type: Institutional Encounter

Truclinh Huynh, RN - 11/2/2021 15:21 PDT

**Primary_UM RN Review**
Cancelled : No

Sahota, Preetranjan CP&S - 11/3/2021 13:59 PDT

UM Nurse Review : Criteria Met
UM Tracking Number : SAC-19/20-1739995
EPRD. : Expected Parole Release Date (EPRD)
EPRD: 12/17/2054 (08/02/21)
Appointment Type : Offsite

Truclinh Huynh, RN - 11/2/2021 15:21 PDT

**2nd/3rd Level Review**
Physician Manager : Approved
(Comment: THIS PT NEEDS APPROVAL FROM DOJ FOR NON EMERGENT REFERRALS. HAS THAT HAPPENED? [Sahota, Preetranjan CP&S - 11/3/2021 13:59 PDT] )
RFS Order Details : Requested Services for General Surgery:General Surgery Unlisted

Primary Diagnosis:Scalp mass (R22.0)
Ordering Provider:Jian Ma
Requested Start Date and Time:11/02/21 0:01:00 PDT
Priority:Medium Priority (15-45 days)
Reason For Request:lipoma in scalp for more than a yr. Progressively bigger, and causing traction sensation/pain in the forehead and Rt eye. Seen by general surgeon and recm'd surgical removal. Pt now is more symptomatic because of the lipoma. This is 2nd request.
Requested End Date/Time:12/17/21 23:59:00 PST

Sahota, Preetranjan CP&S - 11/3/2021 13:59 PDT

**Problem_List**
Problem List Reviewed : Yes

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  49284102                               Print Date/Time:  12/7/2021 10:32 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.



SAC - California State Prison, Sacramento
Prison Road
P.O. Box 290002
Represa, CA 95671-

| | | |
|---|---|---|
| Patient: | DANIEL, BRANT QUENTIN | CDCR #: |
| DOB/Age/Birth Gender: | 47 years    Male | PID #: |
| Gender Identity: | Male | Referring: |
| Encounter Date: | 10/13/2021 | |
| Attending: | Mohyuddin, Aliasghar P&S | |

## Progress Notes

| | |
|---|---|
| Document Type: | Outpatient Progress Note |
| Document Subject: | Lipoma Surgery Denied |
| Service Date/Time: | 11/24/2021 08:37 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Ma,Jian P&S (11/24/2021 08:38 PST) |
| Sign Information: | Ma,Jian P&S (11/24/2021 08:39 PST) |
| Authentication Information: | Ma,Jian P&S (11/24/2021 08:39 PST); Ma,Jian P&S (11/24/2021 08:39 PST) |

Got message, stating Lipoma removal surgery was denied. See the email below:

Good Afternoon,

This request has been denied:

The request for an elective, non urgent 'Scalp mass excision' is Denied.

This is a 47yo male with a lipoma of the scalp for >6 years. MD note dated 9/15/21 in response to URC urgency letter request: "The scalp mass is lipoma which is benign. The proposed surgery is elective, not urgent." LVN/MD email dated 11/23/21 in response to 2nd urgency letter request: "Per Dr. Matolo 1. Is this urgent surgery? No 2. Can it wait? Yes"

Removal of lipomas for cosmetic reasons is not authorized by USMS. Please resubmit this request with supportive documentation if the condition is considered of sufficient concern to warrant reconsideration during the prisoner's limited remaining time in USMS custody. Thank you.

Regards,

Laura Davis
Investigative Analyst
USMS E/CA Sacramento

**Encounter Info:** Patient Name: BRANT DANIEL,⌐⁻           ⌐⁻         ⌐⌐⌐⌐⌐8,Facility: SAC,Encounter Type: Institutional Encounter

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  49284259                                    Print Date/Time:  12/7/2021 10:35 PST

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.