JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant,
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANT DANIEL,<br><br>Defendant. | Case No. 2:19-CR-0107-KJM<br><br>STIPULATION AND PROPOSED ORDER SETTING HEARING DATE FOR MOTION FOR URGENT MEDICAL CARE |

The parties hereby stipulate and agree that Mr. Daniel's motion for urgent

medical care shall be heard by the court on July 28, 2022 at 2:00 p.m., before the

Honorable Jeremy D. Peterson, United States Magistrate Judge.

DATED: May 27, 2022                    /s/ Timothy E. Warriner, Attorney for
                                       defendant, Brant Daniel

DATED: May 27, 2022                    /s/ John Balazs, Attorney for
                                       defendant, Brant Daniel

1

DATED: May 27, 2022                                    /s/ Jason Hitt, Assistant U.S. Attorney, for the government

ORDER

Pursuant to the above stipulation, it is hereby ordered that the hearing on defendant Daniel's motion for urgent medical care is set for July 28, 2022, at 2:00 p.m., before the Honorable Jeremy D. Peterson.

IT IS SO ORDERED.

Dated:   June 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE