# EXHIBIT A



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# RULES VIOLATION REPORT

| CDC NUMBER J85968 | INMATE'S NAME DANIEL, BRANT Q. | MEPD 12/17/2054 | FACILITY SAC-STRH | HOUSING LOCATION SAC-Z – Z 001H1 – 197001L |
|---|---|---|---|---|
| VIOLATION DATE 10/07/2020 | VIOLATION TIME 09:50:00 | VIOLATION LOCATION SAC-STRH - CELL | | WITH STG NEXUS No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION

On October 7, 2020, while working position as Investigative Services Unit 8 Officer, (POST ID 214058), I received reliable confidential information per California Code of Regulations (CCR), Title 15, Section 3321 (c) (4); divulging the location of an inmate manufactured weapon located inside of the mattress of inmate Brant DANIEL (J85968), (Refer to Confidential CDCR 128-B, dated October 7, 2020, for further details).

Additional confidential information received was DANIEL, a validated Aryan Brotherhood (AB) Security Threat Group-I member, was plotting to assault/murder Correctional Officer A. Arther. DANIEL was going to conduct the assault/murder on Officer A. Arther upon his return from surgery at San Joaquin General Hospital (SJGH).

After receiving this information, I immediately had DANIEL removed from his assigned cell in the Short Term Restrict Housing (STRH), cell 197 at California State Prison Sacramento (SAC). DANIEL is currently classified as single cell status.
I conducted a search for the inmate manufactured weapon. The following is a description of the photographs I took.

Photo 1 – Depicts a photo of STRH, cell 197. DANIEL is currently standing at the cell door and is visible through the cell windows.
Photo 2 – Depicts the mattress located inside of STRH, cell 197. I utilized a hand held metal-detector which emitted a beep sound indicating there was some metallic object inside. I opened the mattress and located an inmate manufactured weapon.
Photo 3 - Depicts a view of the inmate manufactured weapon. I utilized a black pen for size reference.

After I completed photographing the inmate manufactured weapon, I collected the evidence and returned back to the ISU office to further process the inmate manufactured weapon.

Photo 4 - Depicts a view of the inmate manufactured weapon on an ISU Evidence Photograph board.
Photo 5 - Depicts a close up view of the inmate manufactured weapon. The inmate manufactured weapon is approximately 6" inches in total length. The inmate manufactured weapon is cylindrical, sharpened to a point on one end, with a handle. The handle is approximately 2 inches long. The metal portion is approximately 3 inches long.

I downloaded 5 digital photographs on a CD-R and placed the inmate manufactured weapon in a sharps container. All evidence was secured inside of ISU Evidence Locker # 32.

This concludes my involvement in this incident.

| REPORTING EMPLOYEE<br>S. Ramirez | TITLE<br>ISU 8 | ASSIGNMENT<br>ISU 8 | RDO<br>S/S/H | DATE:<br>10/15/2020 |
|---|---|---|---|---|

| RVR LOG NUMBER:  000000007036716 | VIOLATED RULE NUMBER:  3005(d)(1) |
|---|---|
| SPECIFIC ACT:  Conspire - Murder | |

**CLASSIFICATION**

| LEVEL:  Serious | OFFENSE DIVISION:  Division A2 |
|---|---|
| REFERRED TO:  Senior Hearing Officer | FELONY PROSECUTION LIKELY:  Yes |

| REVIEWING SUPERVISOR<br>J. Anderson | TITLE<br>Lieutenant | DATE<br>10/15/2020 |
|---|---|---|

| CLASSIFIED BY<br>J. Anderson | TITLE<br>Lieutenant | DATE<br>10/15/2020 |
|---|---|---|

CDCR SOMS ISST120 - RULES VIOLATION REPORT

**EXH A, p.3**

**Claim #: 002**

**Institution/Parole Region of Origin:**   California State Prison, Sacramento       **Facility/Parole District of Origin:**   SAC-STRH

**Housing Area/Parole Unit of Origin:**

**Category:**   General Employee Performance                    **Sub-Category:**   Document Misuse

## I. CLAIM

DANIEL alleges that his RVR log #703671 was falsified. DANIEL indicates that on 10/7/20 Officer Lee searched his cell not Officer S. Ramirez #5076. DANIEL alleges Officer K.Lee entered DANIEL's cell for no reason and that DANIEL's attorney overheard Officer Lee states that he wrote a report but there is no evidence of this report. DANIEL alleges that on 10/7/20 while Officer Lee was searching his cell, he sat in the office with Officer Ramirez.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

CCR. 3084.Appeals.
CCR. 3190. General Policy.
CCR. 3315. Serious Rules Violations

### B. DOCUMENTS CONSIDERED

Inmate - Parolee Appeal (CDCR Form 602)
Exhibit 2: Work Force Tela Staff
Exhibit 3: Crime-Incident Report
Exhibit 4: General Chrono (CDCR
Rules Violation Report #703671

## III. REASONING AND DECISION

Inmate DANIELS alleges that his Rules Violation Report was number 703671 was falsified. Inmate DANIEL's claims that on October 20, 2020 Officer K. Lee searched his cell and not Officer S. Ramirez. Interviews were conducted with Officer K. Lee and S. Ramirez regarding these allegations. Both Officer Ramirez and Lee were asked questions about who conducted the cell search. The interviews brought forth consistent information that they both conducted the cell search together. Inmate DANIELS alleges Officer Lee searched DANIEL's cell for no reason. The reason for the cell was search was confidential information was received. DANIELS continues to allege that on October 7, 2021 while Officer Lee was searching DANIELS cell, Officer Ramirez sat in the office with him.

Officer Ramirez was questioned regarding this allegation during his interview. Officer Ramirez had a brief conversation with Inmate DANIELS in the holding cell prior to him searching the cell with Officer Lee. This has been confirmed through interviews and incident report 13275. DANIEL's alleges that his attorney overheard Officer Lee states that he wrote a report but there is no evidence of this report. A thorough review of the allegation presented has been conducted, and all submitted documents have been considered and evaluated in accordance with CDCR departmental policies. After completing the review no information was obtained which substantiated the allegations brought forth by the appellant. Staff followed policy and procedure during this alleged interaction and cell search.

### Decision: Disapproved

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Lynch [LYJE001] | Warden | 12/07/2021 |

## Claim #: 003

**Institution/Parole Region of Origin:** California State Prison, Sacramento     **Facility/Parole District of Origin:** SAC-STRH
**Housing Area/Parole Unit of Origin:** Z 001G1
**Category:** Offender Discipline     **Sub-Category:** Serious Rules Violation Report

### I. CLAIM

Grievant is requesting that RVR #7036716 be dismissed due to falsification of documentation.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

DOM Section 54100.4, Right to Appeal,
CCR Section 3315, Serious Rules Violations

#### B. DOCUMENTS CONSIDERED

Rules Violation Report Log #7036716
CDCR 602
Classification reviews

### III. REASONING AND DECISION

The grievant is contending the disposition of Rules Violation Report (RVR), Log# 703616 which he was charged with violation of CCR Section 3005(c), for the specific act of "Conspire - Murder" on October 07, 2020. The grievant was served his classified copy of the RVR on October 17, 2020. A Senior Hearing Officer (SHO) has yet to conduct the appellant's disciplinary hearing and yet to find grievant guilty or not guilty/dismiss. The grievant hasn't been assessed any credit forfeiture nor loss of privileges. The grievant is requesting the RVR be expunged from his file yet hasn't allowed for the RVR to be heard yet. There is currently no adverse impact on the welfare of the grievant based on the charges grievant received. The grievant has failed to demonstrate as having a material adverse effect upon his or her health, safety, or welfare.

It should be noted, regarding the grievant's Institutions classification committee (ICC), ICC action dated 11/3/2016 elected to approve single cell housing due to violent behavior however, Grievant does meet the departmental double cell policy. However, Committee noted that Grievant's single cell status was re-affirmed in the previous ICC, dated 5/5/2021.

Furthermore, the grievant was received at SAC Short Term Restricted Housing (STRH)/ASU from California State Prison, Corcoran Security Housing Unit (COR SHU), to facilitate court proceedings in Sacramento County. The grievant was placed on Maximum Custody due to his endorsement to Corcoran SHU, for the Step Down Program of the Security Threat Group (STG) step down process. Additionally, the grievant was retained in ASU due to being involved in a conspiracy to participate in a Racketeering Enterprise and related crimes. Specifically, a sealed federal arrest warrant has been issued for grievant from the United States District Court, Eastern District of California, based upon an indictment alleging multiple violations of federal law, including Conspiracy to Participate in a Racketeering Enterprise ("RICO") in violation of 18 U.S.C. 1962(d), and related crimes. This court case remains pending as of

last ICC date 10/21/2021.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| J. Lynch [LYJE001] | Warden | 12/11/2021 |