

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KIMBERLY J. MUELLER, CHIEF JUDGE

**UNITED STATES OF AMERICA,**

            Plaintiff,

vs.                     Sacramento, California
                        No. 2:19-CR-00107-KJM
                        Monday, May 3, 2021

**RONALD YANDELL, ET AL.,**     9:26 a.m.

            Defendant.
_____/

--oOo--

REPORTER'S TRANSCRIPT OF PROCEEDINGS

RE: FURTHER MOTION HEARING

**(Hearing conducted via Zoom videoconference.)**

--oOo--

APPEARANCES:

For **THE GOVERNMENT:**     **United States Attorney's Office**
                       By: **Jason Hitt**
                          **David Spencer**
                          **Ross Pearson**
                       501 I Street, Suite 10-100
                       Sacramento, CA  95814
                       Assistant U.S. Attorneys

For **THE DEFENDANT**       **Law Office of Timothy E. Warriner**
**BRANT DANIEL:**          By: **Timothy E. Warriner**
                       455 Capitol Mall, Suite 802
                       Sacramento, CA  95814
                       **Law Office of John P. Balazs**
                       By: **John Paul Balazs**
                       Attorney at Law
                       916-2nd Street, Suite F
                       Sacramento, CA  95814

Official Reporter:       Tiphanne G. Crowe
                       CSR No. 10958
                       501 I Street
                       Sacramento, CA  95814

*Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.*

1    THE COURT:  Well, that's -- that's -- we're not going

2    there this morning.

3    MR. BALAZS:  Okay.  And so the argument here is that

4    we believe there's information in that request that would show

5    that officers or officials may have lied or that the -- their

6    official justification for putting Mr. Daniel into PSU is -- is

7    not right, and that they've -- as a result, it maybe -- it's

8    also connected with the false allegation that he conspired to

9    kill a correctional officer.

10    THE COURT:  All right.  I understand the arguments.

11    Anything to say in response to what you've just heard, Mr.

12    Hitt?  You are muted.

13    MR. HITT:  Just briefly, your Honor.

14    As the Court has sort of hit upon, ABA guidelines, the

15    DOJ manuel or not, the basis or authority for discovery, I

16    think the fundamental problem for materiality in these requests

17    is it conflates a subsequent event on October 7, related to

18    Mr. Daniel in 2020, with the charges in this case.

19    The two are just completely separate and unconnected

20    and untethered to the materiality analysis laid out by *Wilson*.

21    THE COURT:  I understand that position, but is -- is

22    the government saying that the later incident would be off the

23    table in any 3592 decision?

24    MR. HITT:  No.  But giving discovery now, particularly

25    as broad as it is, is not authorized by law, so it's a separate