PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANT DANIEL, et al.,<br><br>Defendants. | CASE NO. 2:19-CR-0107-KJM<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING AND RESETTING THE HEARING DATE ON DEFENDANT BRANT DANIEL'S MOTION FOR MEDICAL CARE |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Brant Daniel, John Balazs, Esq., and Timothy Warriner, Esq., hereby stipulate and agree that the hearing on defendant's motion for medical care, ECF 1170, currently set for July 28, 2022, should be reset to August 5, 2022, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: July 27, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

1

Dated: July 27, 2022

/s/ *Timothy Warriner*
TIMOTHY WARRINER
JOHN BALAZS

Counsel for Defendant
BRANT DANIEL

**[~~PROPOSED~~] ORDER**

The Court accepts the stipulation of the parties regarding the motion for medical care filed by defendant Brant Daniel.  Docket No. 1170.  Accordingly, the Court hereby ORDERS:

The hearing date of July 28, 2022, set on this motion is VACATED.

A new hearing date on defendant's motion is set for August 5, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 27, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE