CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| # | Field | Value |
|---|---|---|
| 1 | YOUR NAME | John Balazs |
| 2 | EMAIL | balazslaw@gmail.com |
| 3 | PHONE NUMBER | 916-447-9299 |
| 4 | DATE | 9/5/2022 |
| 5 | MAILING ADDRESS | 916 2nd Street, Suite F |
| 6 | CITY | Sacramento |
| 7 | STATE | CA |
| 8 | ZIP CODE | 95814 |
| 9 | CASE NUMBER | 2:19-CR-107-KJM |
| 10 | JUDGE | Judge Mueller |

DATES OF PROCEEDINGS
11. FROM 8/31/22
12. TO 8/31/22

13. CASE NAME

LOCATION OF PROCEEDINGS
14. CITY
15. STATE

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Status Conf/Mtn Hearing | 8/31/22 | J. Coulthardt |
| [ ] OPENING STATEMENTS | | | (ordered by gov't) | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE: /s/ John Balazs
PROCESSED BY:

20. DATE: 9/5/2022
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |