Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Brad D. Levenson
Assistant Federal Public Defender
California State Bar No. 166073
Email: brad_levenson@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

Peter L. Arian
Law Office of Peter L. Arian
California State Bar No 238029
Email: peterarianlaw@gmail.com
P.O. Box 308
Kentfield, CA 94914
(415) 785-4060
(415) 329-1408 (Fax)

Kathleen Correll
Correll & Associates
Oregon State Bar No. 871989
Email: kmc@kmcorrellattny.com
333 SW Taylor St., Ste. 301
Portland, OR 97204
(503) 539-4716
(503) 662-1117 (Fax)

Attorneys for Ronald Yandell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL, et al.,<br><br>　　　　Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**JOINT DEFENSE STATUS REPORT**<br><br>**HEARING DATE: OCTOBER 19, 2022** |

Defendants Pat Brady, Jason Corbett, Brant Daniel, Danny Troxell, William Sylvester, and Ronald Yandell, by their respective counsel of record, file this Joint Defense Status Report for the Court's consideration prior to the status conference to be held on October 19, 2022.

Dated: October 12, 2022.

    Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender

Correll & Associates

*/s/ Kathleen Correll*
KATHLEEN CORRELL

Law Office of Peter Arian

*/s/ Peter L. Arian*
PETER L. ARIAN

**JOINT DEFENSE STATUS REPORT**

The parties are scheduled to appear before the Court on October 19, 2022, for a status conference. Below is a summary of the status of the case.

**1. Filing of Superseding Indictment**

In a recent conversation, the government indicated that the filing of a superseding indictment is imminent, perhaps as soon as forty-five days.

**2. March 20, 2023, Trial Date**

Absent the filing of a superseding indictment, the defense will be prepared to go to trial on March 20, 2023, as currently scheduled. However, after discussion with the government as noted above, a superseding indictment appears imminent. Without reviewing the superseding indictment, the defense is unable to determine the viability of the March 2023 trial date. The uncertainty stems from, among other things, not knowing what if any additional charges will be brought, if any of the charges are capital, and whether additional defendants will be added. Further, a superseding indictment filed within forty-five days of the October 19th hearing date will impact the first deadline on the scheduling order: December 1st for disclosure of expert witness names and complete other disclosures required by Rule 16.

**3. The Status of the Capital Case Protocol**

Counsel for defendants Brady, Corbett, Daniel, and Sylvester seek an update from the government concerning the status of the government's decision whether to seek death. Mr. Yandell continues to prepare his presentation to the government.

**4. Discovery Production/Protective Order**

There have now been seven (7) discovery productions, with the seventh production provided to the defense on or around September 20, 2022. The defense requests an update from the government as to any future discovery productions and the timing of such.

**5. Pending Motions**

The Court has before it Mr. Yandell's Motion for Inspection and Copying of Grand Jury Records (ECF Nos. 1209, 1211, 1249), the government's response (ECF No. 1285), and

Mr. Yandell's reply (ECF No. 1289). While the matter is fully briefed, the parties have agreed to postpone argument until after the filing of the superseding indictment.

The Court also has pending CDCR's objections (ECF No. 1287) to the Court's order on defendant Brant Daniel's second discovery motion. Mr. Daniel has filed a reply. ECF No. 1288. These objections are ready for the Court's ruling. Magistrate Judge Peterson also has pending for decision Mr. Daniel's motion for urgent medical care regarding the removal of a lipoma on his head.

Dated this 12th day of October, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Brad D. Levenson*
BRAD D. LEVENSON
Assistant Federal Public Defender


*/s/ Kathleen Correll*
KATHLEEN CORRELL
Correll & Associates

Law Office of Peter Arian

*/s/ Peter L. Arian*
PETER L. ARIAN