UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Brant Daniel, | |
| Defendant. | |

The court previously granted in part defendant Brant Daniel's motion to compel the production of evidence by the government under Federal Rule of Criminal Procedure 16. ECF No. 1275. The court permitted the California Department of Corrections and Rehabilitation (CDCR) to object to two categories of documents:

> (2) The government is directed to request that CDCR examine and produce any and all written reports, statements, or documents by Officer Ramirez or Officer Lee regarding the search of Daniel's cell and the incidents alleged in the October 2020 RVR.

> (3) The government is directed to request that CDCR examine and produce the "Supplemental Report" and two "IE Reports" cited in Ex. D to Daniel's Reply on pages 1–2.

*See id* at 7–8. CDCR has objected, ECF No. 1287, and Daniel has responded, ECF No. 1288. After a hearing, the court informed the parties it intended to construe Daniel's motion as a subpoena under Federal Rule of Criminal Procedure 17 and the CDCR's objections as a motion to

1

quash that subpoena.  *See* Tentative Order, ECF No. 1313.  The court permitted CDCR to object, which it has, in part.  Suppl. Obj., ECF No. 1317.  Daniel has responded to those objections.  Resp. to Suppl. Obj., ECF No. 1319.

      CDCR does not further object to the court's order to produce documents in response to Daniel's request (3) above.  Suppl. Obj. at 2.  **CDCR shall promptly comply with that discovery request**.

      CDCR does object to the order to produce one document in response to request (2) above.  *Id*.  It argues the document discloses the name of a confidential informant, which it seeks permission to redact, and it asks the court to review that document *in camera*.  *Id*. at 2–4.  Its request for *in camera* review is **granted**.  **CDCR is directed to promptly submit** an unredacted electronic copy of the responsive document for *in camera* review by email to the Courtroom Deputy, Casey Schultz, with proposed redactions indicated by highlighting or similar means.

      IT IS SO ORDERED.

DATED:  November 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE