PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | STIPULATION CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RONALD YANDELL, ET AL., | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on November 30, 2022. ECF 1314.

2. By this stipulation, the parties now move to continue the status conference until December 14, 2022, at 9:00 a.m. in Courtroom 3 (15th floor). (Time was previous excluded to the presently set trial date of March 20, 2023. ECF 988.)

3. The parties agree and stipulate, and request that the Court find the following:

   a) The disclosures in discovery in this case are complex and voluminous. The Court has previously been found the case to be complex under Local Code T2. ECF 988. Discovery is being produced on a rolling basis and continues at this time. An additional production of disclosures is anticipated before the next status conference requested by this Stipulation. Time is excludable from the

1  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C.
2  § 3161(h)(7)(A), B(ii) [Local Code T2].
3      b)  In addition, there are a number of pending motions, including a motion to compel
4  disclosure of co-conspirator statements, ECF 1318, a motion for discovery, ECF 1300, and a motion for
5  bail review.  ECF 1341.  Time is excluded from the Speedy Trial Act pursuant to 18 U.S.C.
6  § 3161(h)(1)(D) [Local Code E].
7      c)  The Court previously excluded time up to and through the trial of March 20,
8  2023.  ECF 988.  That trial date remains pending and therefore the previous finding of excludable time
9  remains appropriate based upon the need for defense preparation.
10     d)  The United States now anticipates presenting a superseding indictment in this
11 case by the second week of December 2022. Due to unforeseen delays in Washington, D.C., and the
12 Thanksgiving holiday limiting the time that the grand jury is sitting this month, the new date for return
13 of the superseding indictment will be the second week of December.  This is a firm date, and the
14 government anticipates the new indictment will include murder in aid of racketeering charges against
15 Sylvester, Yandell, Daniel, Brady, and Corbett.
16     e)  Given this timing, the parties agree that moving the status conference date is a
17 more-efficient use of the Court's time and will permit the defense to consider charges in the superseding
18 indictment and how to proceed in the case.
19     f)  Because of the delay noted herein in terms of publishing the Superseding
20 Indictment, the parties further agree and stipulate, the obligations of both the government and the
21 defense pursuant to the Scheduling Order (ECF 1269) filed in this matter are suspended through the
22 hearing on December 14, 2022.
23     g)  Counsel for the defendants believe that failure to grant the above-requested
24 continuance would deny them the reasonable time necessary for effective preparation, taking into
25 account the exercise of due diligence.
26     h)  The government does not object to the continuance.
27     i)  Based upon the matters detailed above, the ends of justice served by continuing
28 the case as requested outweigh the interest of the public and the defendants in a trial within the original

1  date prescribed by the Speedy Trial Act.

2      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 16, 2022          PHILLIP A. TALBERT
                                      United States Attorney

                                      /s/ *Jason Hitt*
                                      JASON HITT
                                      Assistant United States Attorney

Dated:  November 16, 2022          /s/ *Brad D. Levenson*
                                      BRAD L. LEVENSON
                                      Assistant Federal Public Defender
                                      PETER L. ARIAN, Esq.
                                      KATHLEEN CORRELL, Esq.
                                      Counsel for Defendant
                                      RONALD YANDELL
                                      (Authorized by email on November 16, 2022)

Dated:  November 16, 2022          /s/ *Todd Leras*
                                      TODD LERAS, Esq.
                                      Counsel for Defendant
                                      DANNY TROXELL
                                      (Authorized by email on November 16, 2022)

Dated:  November 16, 2022          /s/ *Hayes Gable*
                                      HAYES GABLE, Esq.
                                      MARK FLEMING, Esq.
                                      Counsel for Defendant
                                      WILLIAM SYLVESTER
                                      (Authorized by email on November 16, 2022)

Dated:  November 16, 2022          /s/ *John Balazs*
                                      JOHN BALAZS, Esq.
                                      TIMOTHY WARRINER, Esq.
                                      Counsel for Defendant
                                      BRANT DANIEL
                                      (Authorized by email on November 16, 2022)

| | |
|---|---|
| Dated:  November 16, 2022 | /s/ *John Manning* |
| | JOHN MANNING, Esq. |
| | MARCIA MORRISSEY, Esq. |
| | Counsel for Defendant |
| | PAT BRADY |
| | (Authorized by email on November 16, 2022) |
| Dated:  November 15, 2022 | /s/ *Kresta Daly* |
| | KRESTA DALY, Esq. |
| | RICHARD NOVAK, Esq. |
| | Counsel for Defendant |
| | JASON CORBETT |
| | (Authorized by email on November 16, 2022) |
| Dated:  November 16, 2022 | /s/ *Shari Rusk* |
| | SHARI RUSK, Esq. |
| | Counsel for Defendant |
| | KEVIN MacNAMARA |
| | (Authorized by email on November 16, 2022) |
| Dated:  November 16, 2022 | /s/ *Michael Hansen* |
| | MICHAEL HANSEN, Esq. |
| | Standby Counsel for Defendant |
| | MICHAEL TORRES |
| | (Authorized by email on November 16, 2022) |
| Dated:  November 16, 2022 | /s/ *Dina Santos* |
| | DINA SANTOS, Esq. |
| | Counsel for Defendant |
| | JUSTIN PETTY |
| | (Authorized by email on November 16, 2022) |
| Dated:  November 16, 2022 | /s/ *Toni White* |
| | TONI WHITE, Esq. |
| | Counsel for Defendant |
| | JEANNA QUESENBERRY |
| | (Authorized by email on November 16, 2022) |

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this \_\_\_\_ day of _____, \_\_\_\_\_.

_____
THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE