1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   ROSS PEARSON
3  DAVID SPENCER
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2751
   Facsimile:  (916) 554-2900
6
   Attorneys for Plaintiff
7  United States of America

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) CASE NO. 2:19-CR-00107 KJM
                                       )
12 |                    Plaintiff,     )    NOTICE OF REQUEST TO SEAL
                                       )
13 |           v.                      )
                                       )
14 | RONALD YANDELL, et al.,           )
                                       )
15 |                                   )
                    Defendants.        )
16 |                                   )
                                       )
17 |                                   )
                                       )
18

19         Pursuant to Local Rule 141(b), the United States, by and through Assistant United States

20 Attorney Jason Hitt, provides notice that it is requesting to file under seal a memorandum filed in

21 support of a defendant in this case.  The request for sealing is based upon the reasons set forth in the

22 United States's Request to Seal.  The memorandum was provided to the Court by electronic mail and

23 this Notice of Request to Seal will be served on all parties through the Court's ECF/PACER system.

24 The Request to Seal and Proposed Order was sent to the Court for consideration by electronic mail.

25

26

27

28

For these reasons, the government respectfully requests that the government's memorandum and Request to Seal remain under seal until further Order of the Court.

Dated: November 19, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney