JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar #166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et. al.,<br><br>Defendants. | No. 2:19-CR-0107-KJM<br><br>DEFENDANT BRANT DANIEL'S JOINDER IN CODEFENDANT JASON CORBETT'S MOTION TO COMPEL DISCOVERY<br>(ECF Nos. 1300, 1301)<br><br>Date: December 12, 2022<br>Time: 9:00 a.m.<br>Hon. Allison Claire |

Defendant Brant Daniel, through counsel, joins codefendant Jason Corbett's motion to compel discovery.  ECF Nos. 1300, 1301.

Respectfully submitted,

Dated: November 30, 2022

/s/ John Balazs
JOHN BALAZS
TIMOTHY WARRINER

Attorneys for Defendant
BRANT DANIEL