UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Brant Daniel,<br><br>                Defendant. | No. 2:19-cr-00107-KJM<br><br>ORDER |

In a previous order, the court granted in part defendant Brant Daniel's motion for discovery of certain files within the possession of the California Department of Corrections and Rehabilitation (CDCR). ECF No. 1323. The court also granted CDCR's request to propose redactions to certain documents. CDCR has now proposed redactions, which the court has reviewed *in camera* and **approves**. CDCR may include the same proposed redactions in documents it produces in compliance with the court's previous order. The court's approval here does not preclude any defense motion challenging the redactions, to the extent such a motion is justified.

      IT IS SO ORDERED.

DATED: January 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE