JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
John@Balazslaw.com

TIMOTHY E. WARRINER, Bar # 166128
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 443-7141
tew@warrinerlaw.com

Attorneys for Defendant,
BRANT DANIEL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANT DANIEL,<br><br>Defendant. | Case No. 2:19-CR-0107-KJM<br><br>DEFENDANT BRANT DANIEL'S STATUS REPORT<br><br>Date: January 25, 2023<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Honorable Kimberly J. Mueller |

Defendant Brant Daniel, through counsel, submits this status report on behalf of only himself.

**I.      March 20, 2023 trial date**

In a joint defense status report filed December 29, 2021, defendants Brady, Corbett, Daniel, Troxell, Sylvester, and Yandell asked the court to set a non-capital jury trial date of March 20, 2023. ECF No. 973. The joint status report also

1

advised the Court that the government sent counsel for four defendants (Brady, Corbett, Daniel, and Sylvester) a letter inviting them to provide a written submission as to why the Attorney General should not seek the death penalty. Counsel understands that the government later sent Mr. Yandell's counsel a similar letter. Mr. Daniel provided a written submission to the government on February 25, 2022.

At the status conference on January 5, 2022, the Court set a jury trial on March 20, 2023 for defendants Yandell, Sylvester, Troxell, Daniel, Brady, and Corbett. ECF No. 1221, at 14-23. The Court later set a trial confirmation hearing for February 20, 2023. ECF No. 1263. The Court also issued a pretrial scheduling order addressing various issues, ECF No. 1269, which was later suspended through the January 25, 2023 status conference after the government represented that it intended to present a Superseding Indictment by the second week of December 2022. ECF No. 1372, ¶4.

Although recognizing that the other defendants may request to sever and/or continue their trial date, Mr. Daniel seeks to keep the March 20, 2023 trial date for himself. The jury trial was set more than a year ago. Mr. Daniel's mitigation submission has been pending with the government for eleven months. The Superseding Indictment added no new allegations against Mr. Daniel. Rather, it adds only a substantive murder-in-aid-of-racketeering charge in violation of 18 U.S.C. § 1959(a)(1), which had been charged as a Special Sentencing Factor in the RICO conspiracy count in the initial Indictment. ECF *Compare* ECF No. 25 (Indictment), ¶ 42 *with* ECF No. 1375 (Superseding Indictment) (count 17).

Other defendants likely have different circumstances. But the Superseding Indictment charges Mr. Daniel with a single murder to which he has already

admitted guilt (albeit with different elements) when he pled guilty to second-degree murder in Monterrey County Superior Court. He continues to be housed in the solitary confinement unit in CSP-Sacramento state prison without legal justification. He would be prejudiced by a continuance. As long as it remains a non-capital trial, Mr. Daniel is prepared to confirm the trial date at the scheduled February 20, 2023 trial confirmation hearing.

**II.     Mr. Daniel's objections to magistrate judge's findings and recommendations on his motion for medical care.**

On December 21, 2022, the magistrate judge issued findings and recommendations that Mr. Daniel's motion for urgent medical care be denied. ECF No. 1385. The motion sought an order that he be provided surgery to remove a lipoma from his forehead. ECF No. 1170. Mr. Daniel filed objections to the magistrate judge's findings and recommendations. ECF No. 1386. Counsel are prepared to address the objections or answer any questions the Court may have at the January 25 status conference.

DATED: January 17, 2023                    Respectfully submitted,

/s/ Timothy E. Warriner
TIMOTHY E. WARRINER

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
BRANT DANIEL