UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Brant Daniel, | |
| Defendant. | |

Defendant Brant Daniel is detained at California State Prison, Sacramento pending trial on federal criminal charges. He claims a growth above his right eye causes pain, sometimes prevents him from sleeping, and can partially obstruct his vision while reading. *See, e.g.*, Daniel Decl., ECF No. 1251-2. He seeks an order compelling medical treatment. *See generally* Mot., ECF No. 1170. The court referred his motion to a Magistrate Judge for findings and recommendations, which the Magistrate Judge has issued. *See generally* F&Rs, ECF No. 1385. The Magistrate Judge recommends denying the motion because Daniel has not shown the conditions of his confinement deprive him of his right to trial. *Id.* at 2–3. Daniel objects to this finding. *See generally* Objections, ECF No. 1386. The court has reviewed the matter de novo. *See* 28 U.S.C. 636(b)(1).

This court has summarized the relevant legal standard in previous orders. *See* Order (Oct. 13, 2021), ECF No. 894; Order (July 8, 2020), ECF No. 510. The Magistrate Judge correctly

applied this standard. *See* F&Rs at 1–2. The Magistrate Judge also correctly found Daniel has not shown he is entitled to relief under this standard. He has not shown his condition prevents him from consulting meaningfully with his attorneys, freely entering the plea he chooses, and pursuing his defense as he elects. At most he has shown that reading lengthy case files can be difficult or painful. These allegations might support civil claims about the conditions of his confinement and medical treatment, but they do not show he has been deprived of his constitutional right to a trial. *See United States v. Luong*, No. 99-433, 2009 WL 2852111, at *1–2 (E.D. Cal. Sept. 2, 2009).

The findings and recommendations at ECF No. 1385 are **adopted in full**. Daniel's motion at ECF No. 1170 is **denied without prejudice**.

IT IS SO ORDERED.

DATED: March 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2