PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0107-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO DISMISS FILED BY DEFENDANT BRANT DANIEL [ECF 1565] ; ORDER |
| v. | |
| RONALD YANDELL, et al., | |
| Defendants. | |

**STIPULATION**

The United States, by and through Assistant United States Attorneys Jason Hitt, Ross Pearson, and David Spencer and counsel for defendant Brant Daniel, John Balazs, Esq., and Timothy Warriner, Esq., hereby stipulate and agree to a briefing schedule and hearing date on the motion to dismiss filed by defendants Brant Daniel ("defendant").  ECF 1565.

1

The proposed schedule is as follows:

    Government's Opposition brief:    September 6, 2023

    Defendant's Reply brief:    September 13, 2023

    Hearing on defendant's motion:    September 20, 2023, at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  August 11, 2023

    PHILLIP A. TALBERT
    United States Attorney

    /s/ *Jason Hitt*
    JASON HITT
    Assistant United States Attorney

Dated:  August 11, 2023

    /s/ *John Balazs*
    JOHN BALAZS, Esq.
    TIMOTHY WARRINER, Esq.
    Counsel for Defendant
    BRANT DANIEL

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the motion to dismiss filed by defendant Brant Daniel.  ECF 1565.  Accordingly, the Court ADOPTS the proposed schedule as follows:

|  |  |
|---|---|
| Government's Opposition brief: | September 6, 2023 |
| Defendant's Reply brief: | September 13, 2023 |
| Hearing on defendant's motion: | September 20, 2023, at 9:00 a.m. |

IT IS SO ORDERED.

DATED:  August 16, 2023.

CHIEF UNITED STATES DISTRICT JUDGE