UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>Ronald Yandell. et al.,<br><br>                Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

      Defendant Brant Daniel claims the California Department of Corrections and Rehabilitation (CDCR) has not delivered his legal mail; CDCR contends it has. *See generally* Mot., ECF No. 1579: Opp'n, ECF No. 1612; Reply, ECF No. 1617.  The matter is **referred** to United States Magistrate Judge Jeremy D. Peterson for an evidentiary hearing and findings of fact regarding the delivery and location of Daniel's legal mail for this criminal case, to be convened with all due speed.

      IT IS SO ORDERED.

DATED: September 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1