JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant
BRANT DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-0107-KJM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

Defendant Brant Daniel, through counsel, and plaintiff United States, through counsel, hereby stipulate and request that the Court continue the deadline for defendant to file a reply brief to the government's opposition to Mr. Daniel's motion to vacate under 28 U.S.C. § 2255 from September 23, 2024 to **October 7, 2024.** The reason for this request is that defense counsel needs additional time to consult with the defendant and prepare the reply brief.

Respectfully submitted,

Dated: September 13, 2024

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
BRANT DANIEL

Dated: September 13, 2024

PHILLIP TALBERT
U.S. Attorney

By: /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorneys

## ORDER

IT IS HERBY ORDERED that the due date for defendant's reply brief to the government's opposition to defendant's motion to vacate under 28 U.S.C. § 2255 is continued to October 7, 2024

Dated: October 1, 2024.

Hon. Kimberly J. Mueller
U.S. District Judge