UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:19-CR-0107-KJM |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| BRANT DANIEL, | |
| Defendant. | |

Brant Daniel, CDCR # J85968, the defendant and movant in this case is confined in the California State Prison—Sacramento (CSP-Sacramento), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies to produce the inmate before District Judge Kimberly J. Mueller, at the United States Courthouse, located at 501 I Street, in Sacramento, California 95814, on November 12, 2024, at 10 a.m.

ACCORDINGLY, IT IS ORDERED:

1.      A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter return the inmate to the above institution;

2.      The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.      The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at CSP-Sacramento or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSP-Sacramento, 100 Folsom Prison Road, Represa, California 95671:**
**WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution.

Dated:  October   28  , 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE