```
1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 969-9370
4  toddleras@gmail.com
   Attorney for Defendant
5  DANNY TROXELL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-107 KJM |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL |
| DANNY TROXELL, | |
| Defendant. | Date:  October 15, 2025<br>Time:  10:00 a.m.<br>Court: Hon. Kimberly J. Mueller |

     Defendant, Danny Troxell, by and through his counsel Attorney Todd D. Leras, provides notice that he is requesting to file documents under seal. Specifically, he requests to file under seal documents designated in a document entitled "Request to File Under Seal." This Request includes documents offered in support of Danny Troxell's Motion for New Trial Based on Newly Discovered Evidence. He further requests to file under seal the entirety of the Declaration of Attorney Todd D. Leras (and attached Exhibits), which were submitted to the Court and government counsel by email as required by Local Rule 141(b) and (e)(2). This

Notice of Request to File Documents Under Seal and Order shall be filed on the public docket as required under Local Rule 141(d).

    The government does not oppose the request to seal. The defense respectfully requests that the documents designated for filing under seal in this Notice remain under seal until further order of the Court.

Dated: September 9, 2025      */s/ Todd D. Leras*
                                               TODD D. LERAS

                                               Attorney for DANNY TROXELL

NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL