**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



APR 2 4 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America,

    Respondent,

v.                          Case No. 2:19-cr-00107-TLN-AC

Brant Q. Daniel,

    Movant.

_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

### I. INTRODUCTION

Movant, Brant Q. Daniel, proceeding pro se, respectfully moves this Court for a thirty (30) day extension of time to respond to the Court's April 7, 2026 Order to Show Cause regarding the timeliness of his motion under 28 U.S.C. § 2255.

### II. PROCEDURAL BACKGROUND

On April 7, 2026, the Court issued an Order directing Movant to show cause within thirty (30) days why his § 2255 motion should not be dismissed as untimely.

The Court specifically requires Movant to provide detailed factual information regarding the timing of his claims, any extraordinary circumstances that prevented timely filing, and the basis for equitable tolling.

### III. CURRENT CUSTODY STATUS AND LIMITATIONS

Movant is currently confined at USP Florence ADX under highly restrictive conditions that significantly limit his ability to access legal materials, communicate, and prepare legal filings.

From July 2019 through May 2025, Movant was held under United States Marshals Service custody at California State Prison–Sacramento in Restricted Housing Unit (RHU) status. During this period, Movant remained in continuous restrictive housing while also experiencing significant medical issues, including repeated surgical scheduling, cancellation, and ongoing treatment involving heavy medication.

Following his removal from CSP-Sac in May 2025, Movant was transferred to USP Victorville under what was designated as transit status but remained there for approximately seven months. During this period, Movant did not have stable access to his legal materials, personal property, or consistent legal resources.

In December 2025, Movant was transferred to USP Florence ADX, where he remains confined under conditions that impose substantial restrictions on law library access, legal research, and the ability to gather documentation necessary for litigation.

## IV. NECESSITY OF ADDITIONAL TIME

The Court's Order requires Movant to provide specific factual detail regarding the timing of his claims and the existence of extraordinary circumstances supporting equitable tolling.

Movant is currently in the process of attempting to obtain records necessary to comply with the Court's directive, including:

- medical records documenting surgical delays, medication levels, and treatment history,

- custody and housing records reflecting RHU placement, U.S. Marshals Service custody, and subsequent transfers, and

- documentation necessary to reconstruct an accurate timeline of events relevant to the statute of limitations analysis.

These materials are essential to establish the factual basis required by the Court, including the dates, conditions, and circumstances that affected Movant's ability to timely file.

Due to his current confinement at USP Florence ADX, Movant has limited access to institutional resources, legal materials, and his own records. As a result, he is unable to obtain, review, and organize the necessary documentation within the current deadline.

Without additional time, Movant cannot provide a complete and factually supported response addressing the Court's concerns.

## V. DILIGENCE

Movant has been actively pursuing his claims and is making efforts to obtain the records necessary to comply with the Court's Order. This request is made in good faith and not for purposes of delay, but to ensure that Movant can provide the factual specificity required by the Court.

## VI. REQUEST FOR RELIEF

Movant respectfully requests that the Court grant an additional thirty (30) days from the current deadline to file his response to the Order to Show Cause.

## VII. CONCLUSION

For the foregoing reasons, Movant respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted,

Brant Q. Daniel
Reg. No. 78306-097
USP Florence ADX
P.O. Box 8500
Florence, CO 81226

Pro Se Movant