UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-0107 TLN AC |
| Respondent, | |
| v. | ORDER |
| BRANT Q. DANIEL, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion for a thirty-day extension of time to respond to the April 7, 2026 order to show cause. The current deadline is May 11, 2026.

Good cause appearing, IT IS HEREBY ORDERED that movant's motion for an extension of time (ECF No. 2863) is GRANTED. Movant shall have an additional thirty days, up to June 10, 2026, to show cause why his § 2255 motion should not be dismissed as untimely.

DATED: April 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE