United States District Court

For Eastern District of California

**FILED**

MAY 05 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America,
           Plaintiff

           V.

Brant Q. Daniel,
           Movant,

Case #: 2:19-cr-00107-TLN-CSK

Motion for extension of time, and Declaration in Support of motion.

As of April 27, 2026, Movant still hasn't received ANY orders from his filing of 2255 on 3-27-26. All he has received is a minute order of Judge Chi Soo Kim on April, 13, 2026, of Judges Chi Soo Kim's Recusal.

Movant respectfully ask the honorable court for time extension of 30 days to respond to Judge Allison claires order of "untimely" motion, he learned about on a prison phone call on 4-23-26 to his wife. And also learned about via articles written by reporters of Movants 2255, on 4-24-26.

Respectfully,
Brant Daniel 98306-097
April 28, 2026

Declaration of Brant Daniel,

    I, Brant Daniel Declare;

1. I filed a 2255 on 3-27-26, and only received a Minute order of Judge Chi Soo Kim's recusal on, 4-13-26. This is the ONLy piece of mail period, I have received on the matter.

2. I only learned of Judge Allison Claire's order of "untimely" motion on a phone call with my wife on 4-23-26, and in an article I received on 4-24-26.

3. I had no knowledge of Judge Claire even being assigned to my case 2255, nor Judge's order of filing an untimely motion.

    I declare under penalty of perjury the foregoing is true and correct.

                     x Brant Daniel 73806-097
                     x April 23, 2026

U.S. District Court
Eastern District of California......

U.S.A. Vs Yandell, et. al.
Case # 2:19-cr-00107-TLN-CSK
Date: 4/28/26
Motion For ~~Appointment of Counsel~~ "Extension of time"
Brant Daniel Defendants 2255 filed April 2, 2026

Certificate of Service

I hereby Certify on 4-28-26 a true and exact copy of the foregoing Motion for ~~extension~~ extension of time is placed and the U.S. First Class postal Envelope prepaid and addressed to:

United States District Court
Eastern Dist of California
501 I st. STE 4-200
Sacto, Calif. 95814-2322

X Brant Daniel 78306-097
April 28, 2026