UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>BRANT Q. DANIEL,<br><br>Movant. | No.  2:19-cr-0107 TLN AC<br><br><br>ORDER |

Movant is a federal prisoner proceeding pro se.  On April 7, 2026, the undersigned ordered movant to show cause why his § 2255 motion should not be dismissed as untimely.  ECF No. 2862.  On April 24, 2026, the court received movant's motion for an extension of time to respond to the order to show cause.  ECF No. 2863.  The motion was granted and the deadline for movant to respond was extended to June 10, 2026.  ECF No. 2864.  Movant has now filed a second motion for an extension of time, dated April 28, 2026, in which he asserts that the only mail he has received related to his § 2255 motion is Magistrate Judge Kim's recusal order and that he learned about  the order to show cause during a phone call on April 23, 2026, and a news article on April 24, 2026.  ECF No. 2866.

Although the first motion for an extension of time, which appears to have been signed by movant, indicates that he has in fact received a copy of the April 7, 2026 order to show cause, the Clerk of the Court will be directed to send movant a courtesy copy of the order.  However,

1

because movant was recently granted an extension of time until June 10, 2026, the motion for an extension of time will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for an extension of time (ECF No. 2866) is DENIED without prejudice; and

2. The Clerk of the Court is directed to send movant a courtesy copy of the April 7, 2026 order to show cause (ECF No. 2862).

DATED: May 7, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE